

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2013

No. 04-13-00048-CR

**THE STATE OF TEXAS,**
Appellant

v.

Christopher Glen **ADAMS**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR120324
Judge Spencer W Brown, Judge Presiding

# O R D E R

On March 26, 2013, we abated this appeal so that the trial court could make findings of fact and conclusions of law relating to the motion to suppress. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law has now been filed. We therefore REINSTATE this appeal and ORDER the State to file its brief on or before **May 27, 2013**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court